| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEVADA |

| | |
|---|---|
| CHARLES TOLLIVER; J.T., a minor by and through her guardian ad litem CHARLES TOLLIVER; and T.M., a minor by and through her guardian ad litem NANCY MARRIOTT-TOLLIVER,<br><br>Plaintiffs,<br><br>vs.<br><br>LYON COUNTY SCHOOL DISTRICT, and CITY of YERINGTON,<br><br>Defendants. | Case No. 3:18-CV-00003-LRH-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSE TO THE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (<u>SECOND EXTENSION</u>) AND FOR PLAINTIFFS TO REPLY TO THE RESPONSE** |

Plaintiffs, CHARLES TOLLIVER; J.T., a minor by and through her guardian ad litem CHARLES TOLLIVER; and T.M., a minor by and through her guardian ad litem NANCY MARRIOTT-TOLLIVER, by and through their counsel TERRI KEYSER-COOPER, ESQ., of Law Office of Terri Keyser-Cooper, and KERRY S. DOYLE, of Doyle Law Office, PLLC, and Defendants, LYON COUNTY SCHOOL DISTRICT, by and through its counsel, ANN M. ALEXANDER, ESQ., of Erickson, Thorpe & Swainston, Ltd., and CITY OF YERINGTON, by and through its counsel, KATHERINE F. PARKS, of Thorndal Armstrong Delk Balkenbush & Eisinger, hereby stipulate to extend the time period for Defendants to file responses to Plaintiffs' Motion for Preliminary Injunction (ECF No. 3) for one week, to **February 8, 2018.** The parties

///

///

-1-

further stipulate to extend the time period for Plaintiffs to Reply to Defendants' Responses to **February 22, 2018.**

Dated this 31st day of January, 2018.

ERICKSON, THORPE & SWAINSTON, LTD.

By:     /s/ Ann M. Alexander, Esq.
      ANN M. ALEXANDER, ESQ.
      *Attorneys for Defendant*
      *Lyon County School District*

Dated this 31st day of January, 2018.

THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER

By:     /s/ Katherine F. Parks, Esq.
      KATHERINE F. PARKS, ESQ.
      *Attorneys for Defendant*
      *City of Yerington*

Dated this 31st day of January, 2018.

LAW OFFICE OF TERRI KEYSER-COOPER

By:     /s/ Terri Keyser-Cooper, Esq.
      TERRI KEYSER-COOPER, ESQ.
      *Attorneys for Plaintiffs*

Dated this 31st day of January, 2018.

DOYLE LAW OFFICE, PLLC.

By:     /s/ Kerry S. Doyle, Esq.
      KERRY S. DOYLE, ESQ.
      *Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

DATED this 1st day of February, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE