UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHARLES TOLLIVER; J.T., a minor by and through her guardian ad litem CHARLES TOLLIVER; and T.M., a minor by and through her guardian ad litem NANCY MARRIOTT-TOLLIVER,

Plaintiffs,

vs.

LYON COUNTY SCHOOL DISTRICT, and CITY of YERINGTON,

Defendants.

Case No. 3:18-CV-00003-LRH-WGC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiffs, CHARLES TOLLIVER; J.T., a minor by and through her guardian ad litem CHARLES TOLLIVER; and T.M., a minor by and through her guardian ad litem NANCY MARRIOTT-TOLLIVER, by and through their counsel TERRI KEYSER-COOPER, ESQ., of Law Office of Terri Keyser-Cooper, and KERRY S. DOYLE, of Doyle Law Office, PLLC, and Defendant LYON COUNTY SCHOOL DISTRICT by and through its counsel, ANN M. ALEXANDER, ESQ., of Erickson, Thorpe & Swainston, Ltd., and Defendant CITY OF YERINGTON, by and through its counsel, KATHERINE F. PARKS, of Thorndal Armstrong Delk

///
///
///
///
///

-1-

Balkenbush & Eisinger, hereby stipulate that Case No. 3:18-cv-00003-LRH-WGC is hereby dismissed in its entirety with prejudice pursuant to FRCP 41.

Dated this 26th day of June, 2018.

| ERICKSON, THORPE & SWAINSTON, LTD. | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
|---|---|
| By: /s/ Ann M. Alexander<br>ANN M. ALEXANDER, ESQ.<br>99 W. Arroyo Street<br>Reno, NV 89505<br>*Attorneys for Defendant*<br>*Lyon County School District* | By: /s/ Katherine F. Parks<br>KATHERINE F. PARKS, ESQ.<br>6590 S. McCarran Blvd., Suite B<br>Reno, NV 89509<br>*Attorneys for Defendant*<br>*City of Yerington* |
| LAW OFFICE OF TERRI-KEYSER COOPER | DOYLE LAW OFFICE, PLLC |
| By: /s/ Terri Keyser-Cooper<br>TERRI KEYSER-COOPER, ESQ.<br>3590 Barrymore Dr.<br>Reno, NV 89512<br>*Attorneys for Plaintiffs* | By: /s/ Kerry S. Doyle<br>KERRY S. DOYLE, ESQ.<br>8755 Technology Way, Ste. 1<br>Reno, NV 89521<br>*Attorneys for Plaintiffs* |

## **ORDER**

**Good cause appearing therefore,**

**IT IS HEREBY ORDERED, AJUDGED AND DECREED that pursuant to stipulation of the parties, Case No. 3:18-cv-00003-LRH-WGC is hereby dismissed in its entirety with prejudice.**

**Dated this   26th   day of June, 2018.**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE